**Schedule 1**

**(Alphabetical List of Debtors)**

|  | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 1 | Bala Cynwyd Associates, LP | | 8913 |
| 2 | Moorestown Mall LLC | | 8051 |
| 3 | Pennsylvania Real Estate Investment Trust | | 6339 |
| 4 | Plymouth Ground Associates LLC | | N/A |
| 5 | Plymouth Ground Associates, LP | | N/A |
| 6 | PR AEKI Plymouth LLC | | N/A |
| 7 | PR AEKI Plymouth, LP | | N/A |
| 8 | PR BVM LLC | | N/A |
| 9 | PR Capital City Limited Partnership | | 7775 |
| 10 | PR Capital City LLC | | 4283 |
| 11 | PR CC I LLC | | 3669 |
| 12 | PR CC II LLC | | N/A |
| 13 | PR CC Limited Partnership | | 4179 |
| 14 | PR Cherry Hill Office GP, LLC | | N/A |
| 15 | PR Cumberland Outparcel LLC | | N/A |
| 16 | PR Exton Limited Partnership | | 2620 |
| 17 | PR Exton LLC | | N/A |
| 18 | PR Exton Outparcel GP, LLC | | N/A |
| 19 | PR Exton Outparcel Holdings, LP | | N/A |
| 20 | PR Exton Outparcel Limited Partnership | | N/A |
| 21 | PR Exton Square Property L.P. | | 7997 |
| 22 | PR Fin Delaware LLC | | N/A |
| 23 | PR Financing I LLC | | 7844 |
| 24 | PR Financing II LLC | | N/A |
| 25 | PR Financing Limited Partnership | | 4892 |
| 26 | PR Gainesville Limited Partnership | | N/A |
| 27 | PR Gainesville LLC | | N/A |
| 28 | PR GV LLC | | N/A |
| 29 | PR GV LP | | N/A |
| 30 | PR Hyattsville LLC | | 3110 |
| 31 | PR Jacksonville Limited Partnership | | N/A |
| 32 | PR Jacksonville LLC | | 4726 |
| 33 | PR JK LLC | | N/A |
| 34 | PR Magnolia LLC | | 5017 |
| 35 | PR Monroe Old Trail Holdings, L.P. | | N/A |
| 36 | PR Monroe Old Trail Holdings, LLC | | N/A |
| 37 | PR Monroe Old Trail Limited Partnership | | N/A |
| 38 | PR Monroe Old Trail, LLC | | N/A |
| 39 | PR Moorestown Anchor-L&T, LLC | | N/A |
| 40 | PR Moorestown Anchor-M LLC | | N/A |

| | Debtor Name | Case No. | EIN |
|---|---|---|---|
| 41 | PR Moorestown Limited Partnership | | 7661 |
| 42 | PR Moorestown LLC | | N/A |
| 43 | PR Plymouth Anchor-M, L.P. | | N/A |
| 44 | PR Plymouth Anchor-M, LLC | | N/A |
| 45 | PR Plymouth Meeting Associates PC LP | | N/A |
| 46 | PR Plymouth Meeting Limited Partnership | | 8280 |
| 47 | PR Plymouth Meeting LLC | | N/A |
| 48 | PR PM PC Associates LLC | | N/A |
| 49 | PR PM PC Associates LP | | N/A |
| 50 | PR Prince George's Plaza LLC | | 6377 |
| 51 | PR Springfield Town Center LLC | | 9679 |
| 52 | PR Sunrise Outparcel 2, LLC | | 4373 |
| 53 | PR Swedes Square LLC | | N/A |
| 54 | PR TP LLC | | N/A |
| 55 | PR TP LP | | N/A |
| 56 | PR Valley Anchor-M Limited Partnership | | N/A |
| 57 | PR Valley Anchor-M, LLC | | N/A |
| 58 | PR Valley Anchor-S, LLC | | N/A |
| 59 | PR Valley Limited Partnership | | 5123 |
| 60 | PR Valley LLC | | 4705 |
| 61 | PR Valley Solar LLC | | N/A |
| 62 | PR Valley View Anchor-M, LLC | | N/A |
| 63 | PR Valley View Anchor-M, LP | | N/A |
| 64 | PR Valley View OP-DSG/CEC, LLC | | 5063 |
| 65 | PR Woodland Anchor-S, LLC | | N/A |
| 66 | PREIT Associates, L.P. | | 5032 |
| 67 | PREIT-RUBIN OP, Inc. | | 4799 |
| 68 | PREIT-RUBIN, Inc. | | 4920 |
| 69 | XGP LLC | | N/A |