# Exhibit A

**(List of First Day Pleadings)**

1.      Motion of the Debtors for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases [D.I. 2];

2.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors (A) to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (B) to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (II) Limiting the Requirement as to Certain Equity Security Holdings Disclosures [D.I. 3];

3.      Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 4];

4.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service and (IV) Granting Related Relief [D.I. 5];

5.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and (II) Granting Related Relief [D.I. 6];

6.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Creditors and (II) Granting Related Relief [D.I. 7];

7.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition Obligations in Respect Thereof and (II) Granting Related Relief [D.I. 8];

8.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Performing Under Prepetition Hedging and Trading Agreements and Honor Obligations Related Thereto, and (II) Confirming Non-Waiver of Prepetition Swap Participants' Safe Harbor Rights [D.I. 9];

9.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Authorizing Continued Intercompany Transfers Among Debtor and Non-Debtor Affiliates and (II) Granting Related Relief [D.I. 10];

10.     Motion of the Debtors for Approval of Interim and Final Agreed Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 11]; and

11.     Motion of the Debtors for Entry of an Order (I) Scheduling the Combined Hearing on Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan, (II) Establishing Deadlines to Object to the Disclosure Statement and Prepackaged Plan, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Form and Manner of the Combined Hearing Notices, (V) Approving Notice and Objection

Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules and Statements of Financial Affairs and Rule 2015.3 Reports and (VII) Granting Related Relief [D.I. 12].