**Exhibit C**

**(Organizational Chart)**

## Map Legend

**Map Keys:**

- ☐ **Guarantor, Grantor, and Pledger (All, BTL, BTL)**
- ☐ **Borrower and Grantor (All, BTL)**
- ☐ **Guarantor and Grantor (All, BTL)**
- ☐ **Borrower, Guarantor, Grantor, and Pledgor (All, All, BTL, BTL)**
- ☐ **Borrower, Grantor, and Pledgor (All, BTL, BTL)**
- ☐ **Guarantor (All or Unsecured, defined in chart)**

**7YTL** - Seven-Year Term Loan
**18CA** - 2018 Credit Agreement
**BTL** - Aug. 2020 Bridge TL
**Unsecured** - 7YTL and 18CA
**All** - All of the above 3 facilities (**7YTL**, **18CA** and **BTL**)

**Subsidiary Levels according to Color-Fills:**

- The Trust
- Subsidiary Level 1
- Subsidiary Level 2
- Subsidiary Level 3
- Subsidiary Level 4
- Subsidiary Level 5

Pennsylvania Real Estate Investment Trust (PA)
97.50% LP
PREIT Associates, L.P. (DE)
PR Cherry Hill Office GP, LLC (DE)
0.10% GP
Bala Cynwyd Associates, L.P. (PA)
99.90% LP
PR Financing II LLC (DE)
99.99%
PR Financing I LLC (DE)
0.01%
0.50% GP
All
PR Financing Limited Partnership (DE)
99.50% LP
PR Valley, LLC (DE)
0.50% GP
PR Valley Limited Partnership (PA)
99.50% LP
PR AEKI Plymouth LLC (NJ)
0.10% GP
PR AEKI Plymouth, L.P. (PA)
99.90% LP
PR JK LLC (DE)
99.99%
PR Jacksonville LLC (DE)
0.01%
0.50% GP
PR Jacksonville Limited Partnership (PA)
99.50% LP
PR Valley View Anchor-M, LLC (DE)
0.01% GP
PR Valley View Anchor-M Limited Partnership (PA)
99.99% LP
PR Gainesville LLC (DE)
PR GV LLC (DE)
0.10% GP
PR GV LP (DE)
99.90% LP
99.90% LP
PR Gainesville Limited Partnership (DE)
0.10% GP
Plymouth Ground Associates LLC (PA)
0.10% GP
Plymouth Ground Associates, LP (PA)
99.90% LP
PR CC II LLC (DE)
99.99%
99.99%
PR Capital City LLC (DE)
PR CC I LLC (DE)
0.50% GP
PR Capital City Limited Partnership (PA)
99.50% LP
0.01% GP
PR CC Limited Partnership (PA)
99.99% LP
PR Prince George's Plaza LLC (DE)
PR Hyattsville LLC (DE)
PR Plymouth Anchor-M, LLC (DE)
0.10% GP
PR Plymouth Anchor-M, L.P. (DE)
99.90% LP
PR Valley Anchor-M, LLC (DE)
0.01% GP
PR Valley Anchor-M Limited Partnership (PA)
99.99% LP
PR TP LLC (DE)
0.10% GP
PR TP LP (DE)
99.90% LP
PR Plymouth Meeting LLC (PA)
0.10% GP
PR Plymouth Meeting Limited Partnership (PA)
99.90% LP
PR Exton LLC (PA)
0.10% GP
PR Exton Limited Partnership (PA)
99.90% LP
XGP LLC (DE)
1.00% GP
PR Exton Square Property L.P. (DE)
99.00% LP
PR Exton Outparcel GP, LLC (DE)
0.10% GP
PR Exton Outparcel Holdings, LP (PA)
99.90% LP
99.90% LP
PR Exton Outparcel Limited Partnership (PA)
0.10% GP
PR Moorestown LLC (PA)
0.10% GP
PR Moorestown Limited Partnership (PA)
99.90% LP
Moorestown Mall LLC (DE)
PR PM PC Associates LLC (DE)
0.10% GP
PR PM PC Associates LP (DE)
99.90% LP
99.90% LP
PR Plymouth Meeting Associates PC LP (PA)
0.10% GP
PR Monroe Old Trail Holdings LLC (DE)
PR Monroe Old Trail LLC (DE)
99.90% LP
0.10% GP
PR Monroe Old Trail Holdings LP (PN)
99.90% LP
PR Monroe Old Trail Limited Partnership (PA)
0.10% GP
Unsecured
PR Sunrise Outparcel 2, LLC (NJ)
PR Valley Solar LLC (DE)
PREIT-RUBIN OP, Inc (PA)
PREIT-RUBIN, Inc. (PA)
PR Cumberland Outparcel LLC (NJ)
PR Fin Delaware, LLC (DE)
PR Valley Anchor-S, LLC (MD)
PR Swedes Square, LLC (DE)
PR Magnolia LLC (DE)
PR Moorestown Anchor-M, LLC (NJ)
PR BVM LLC (PA)
PR Woodland Anchor-S, LLC (DE)
PR Moorestown Anchor-L&T, LLC (NJ)
PR Springfield Town Center LLC (DE)
PR Valley View OP-DSG/CEC, LLC (DE)

