# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                    : Chapter 11
                                                          :
PENNSYLVANIA REAL ESTATE INVESTMENT : Case No. 20-12737 (KBO)
TRUST, *et al.*,[1]                                       :
                                                          : (Joint Administration Requested)
    Debtors.                                         :
------------------------------------------------------------- x

## NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND NOTICE OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 3, 2020 AT 11:00 A.M. (EST)

> This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom. **All** parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878. Only those parties that will be addressing the Court should appear via Zoom in addition to their CourtCall registration.
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> Topic: Pennsylvania Real Estate Investment Trust, et al., Case No. 20-12737 (KBO)
> Time:  November 3, 2020 at 11:00 a.m. (Eastern Standard Time) (US and Canada)
>
> Join ZoomGov Meeting:  https://debuscourts.zoomgov.com/j/1618285560
>
> Meeting ID:  161 828 5560; Passcode: 197290

**PLEASE TAKE NOTICE** that, on November 1, 2020, Pennsylvania Real Estate Investment Trust and certain of its affiliates as debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, as set forth below:

---

[1]     A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Schedule 1**.  The corporate headquarters and the mailing address for the Debtors is 2005 Market Street, Suite 1000, Philadelphia, PA 19103.

A.  Voluntary Petitions

An alphabetical list of each Debtor and its respective case number is attached hereto as **Schedule 1**.[2]

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions, the Debtors filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

B.  First Day Pleadings[3]

1. Motion of the Debtors for Entry of an Order Directing Joint Administration of Their Chapter 11 Cases [D.I. 2];

2. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors (A) to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (B) to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (II) Limiting the Requirement as to Certain Equity Security Holdings Disclosures [D.I. 3];

3. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 4];

4. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service and (IV) Granting Related Relief [D.I. 5];

5. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and (II) Granting Related Relief [D.I. 6];

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Creditors and (II) Granting Related Relief [D.I. 7];

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition Obligations in Respect Thereof and (II) Granting Related Relief [D.I. 8];

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Performing Under Prepetition Hedging and Trading Agreements and Honor

---

[2] All petitions are filed at D.I. 1 in the respective cases.

[3] Docket references refer to the Docket of Case No. 20-12737.

       Obligations Related Thereto, and (II) Confirming Non-Waiver of Prepetition Swap Participants' Safe Harbor Rights [D.I. 9];

9. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Authorizing Continued Intercompany Transfers Among Debtor and Non-Debtor Affiliates and (II) Granting Related Relief [D.I. 10];

10. Motion of the Debtors for Approval of Interim and Final Agreed Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 11]; and

11. Motion of the Debtors for Entry of an Order (I) Scheduling the Combined Hearing on Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan, (II) Establishing Deadlines to Object to the Disclosure Statement and Prepackaged Plan, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Form and Manner of the Combined Hearing Notices, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules and Statements of Financial Affairs and Rule 2015.3 Reports and (VII) Granting Related Relief [D.I. 12].

       **PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions and First Day Motions, the Debtors have filed:

12. Motion of the Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Affiliates to the Extent Necessary to Preserve the Debtors' Reorganization Efforts [D.I. 13];

13. Declaration of Mario C. Ventresca, Jr. in Support of First Day Pleadings [D.I. 14];

14. Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment Trust and Certain of its Direct and Indirect Subsidiaries [D.I. 15]; and

15. Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment Trust and Certain of its Direct and Indirect Subsidiaries [D.I. 17].

       **PLEASE TAKE FURTHER NOTICE** that a video and telephonic hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for November 3, 2020 at 11:00 a.m. (Eastern Standard Time) before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of the First Day Motions, and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at htttps://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Prime Clerk, the Debtors' proposed noticing agent, available at: http://cases.primeclerk.com/PREIT (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 2, 2020
       Wilmington, Delaware

                Respectfully submitted,

                **DLA PIPER LLP (US)**

                */s/ R. Craig Martin*
                R. Craig Martin (DE 5032)
                Stuart M. Brown (DE 4050)
                Aaron S. Applebaum (DE 5587)
                1201 North Market Street, Suite 2100
                Wilmington, Delaware 19801
                Telephone: (302) 468-5655
                Facsimile: (302) 778-7834
                Email: craig.martin@us.dlapiper.com
                         stuart.brown@us.dlapiper.com
                         aaron.applebaum@us.dlapiper.com

                – and –

                Richard A. Chesley (*pro hac vice* pending)
                Daniel M. Simon (*pro hac vice* pending)
                Oksana Koltko Rosaluk (*pro hac vice* pending)
                David E. Avraham (*pro hac vice* pending)
                Tara Nair (*pro hac vice* pending)
                444 West Lake Street, Suite 900
                Chicago, Illinois 60606
                Telephone: (312) 368-4000
                Facsimile: (312) 236-7516
                Email: richard.chesley@us.dlapiper.com
                         daniel.simon@us.dlapiper.com
                         oksana.koltkorosaluk@us.dlapiper.com
                         david.avraham@us.dlapiper.com
                         tara.nair@us.dlapiper.com

                *Proposed Counsel to the Debtors*

**Schedule 1**
**(Alphabetical List of Debtors)**

|    | Debtor Name | Case No. | EIN |
|----|---|---|---|
| 1  | Bala Cynwyd Associates, LP | 20-12761 | 8913 |
| 2  | Moorestown Mall LLC | 20-12791 | 8051 |
| 3  | Pennsylvania Real Estate Investment Trust | 20-12737 | 6339 |
| 4  | Plymouth Ground Associates LLC | 20-12769 | N/A |
| 5  | Plymouth Ground Associates, LP | 20-12771 | N/A |
| 6  | PR AEKI Plymouth LLC | 20-12775 | N/A |
| 7  | PR AEKI Plymouth, LP | 20-12777 | N/A |
| 8  | PR BVM LLC | 20-12796 | N/A |
| 9  | PR Capital City Limited Partnership | 20-12776 | 7775 |
| 10 | PR Capital City LLC | 20-12774 | 4283 |
| 11 | PR CC I LLC | 20-12778 | 3669 |
| 12 | PR CC II LLC | 20-12772 | N/A |
| 13 | PR CC Limited Partnership | 20-12781 | 4179 |
| 14 | PR Cherry Hill Office GP, LLC | 20-12759 | N/A |
| 15 | PR Cumberland Outparcel LLC | 20-12744 | N/A |
| 16 | PR Exton Limited Partnership | 20-12762 | 2620 |
| 17 | PR Exton LLC | 20-12756 | N/A |
| 18 | PR Exton Outparcel GP, LLC | 20-12755 | N/A |
| 19 | PR Exton Outparcel Holdings, LP | 20-12758 | N/A |
| 20 | PR Exton Outparcel Limited Partnership | 20-12760 | N/A |
| 21 | PR Exton Square Property L.P. | 20-12773 | 7997 |
| 22 | PR Fin Delaware LLC | 20-12739 | N/A |
| 23 | PR Financing I LLC | 20-12757 | 7844 |
| 24 | PR Financing II LLC | 20-12754 | N/A |
| 25 | PR Financing Limited Partnership | 20-12770 | 4892 |
| 26 | PR Gainesville Limited Partnership | 20-12749 | N/A |
| 27 | PR Gainesville LLC | 20-12779 | N/A |
| 28 | PR GV LLC | 20-12742 | N/A |
| 29 | PR GV LP | 20-12747 | N/A |
| 30 | PR Hyattsville LLC | 20-12784 | 3110 |
| 31 | PR Jacksonville Limited Partnership | 20-12768 | N/A |
| 32 | PR Jacksonville LLC | 20-12765 | 4726 |
| 33 | PR JK LLC | 20-12763 | N/A |
| 34 | PR Magnolia LLC | 20-12753 | 5017 |
| 35 | PR Monroe Old Trail Holdings, L.P. | 20-12803 | N/A |
| 36 | PR Monroe Old Trail Holdings, LLC | 20-12802 | N/A |
| 37 | PR Monroe Old Trail Limited Partnership | 20-12801 | N/A |
| 38 | PR Monroe Old Trail, LLC | 20-12800 | N/A |
| 39 | PR Moorestown Anchor-L&T, LLC | 20-12743 | N/A |
| 40 | PR Moorestown Anchor-M LLC | 20-12792 | N/A |
| 41 | PR Moorestown Limited Partnership | 20-12790 | 7661 |

|    | **Debtor Name**                         | **Case No.** | **EIN** |
|----|-----------------------------------------|--------------|---------|
| 42 | PR Moorestown LLC                       | 20-12786     | N/A     |
| 43 | PR Plymouth Anchor-M, L.P.              | 20-12787     | N/A     |
| 44 | PR Plymouth Anchor-M, LLC               | 20-12785     | N/A     |
| 45 | PR Plymouth Meeting Associates PC LP    | 20-12795     | N/A     |
| 46 | PR Plymouth Meeting Limited Partnership | 20-12783     | 8280    |
| 47 | PR Plymouth Meeting LLC                 | 20-12780     | N/A     |
| 48 | PR PM PC Associates LLC                 | 20-12793     | N/A     |
| 49 | PR PM PC Associates LP                  | 20-12794     | N/A     |
| 50 | PR Prince George's Plaza LLC            | 20-12782     | 6377    |
| 51 | PR Springfield Town Center LLC          | 20-12741     | 9679    |
| 52 | PR Sunrise Outparcel 2, LLC             | 20-12799     | 4373    |
| 53 | PR Swedes Square LLC                    | 20-12750     | N/A     |
| 54 | PR TP LLC                               | 20-12746     | N/A     |
| 55 | PR TP LP                                | 20-12751     | N/A     |
| 56 | PR Valley Anchor-M Limited Partnership  | 20-12789     | N/A     |
| 57 | PR Valley Anchor-M, LLC                 | 20-12788     | N/A     |
| 58 | PR Valley Anchor-S, LLC                 | 20-12748     | N/A     |
| 59 | PR Valley Limited Partnership           | 20-12766     | 5123    |
| 60 | PR Valley LLC                           | 20-12764     | 4705    |
| 61 | PR Valley Solar LLC                     | 20-12797     | N/A     |
| 62 | PR Valley View Anchor-M, LLC            | 20-12804     | N/A     |
| 63 | PR Valley View Anchor-M, LP             | 20-12752     | N/A     |
| 64 | PR Valley View OP-DSG/CEC, LLC          | 20-12740     | 5063    |
| 65 | PR Woodland Anchor-S, LLC               | 20-12745     | N/A     |
| 66 | PREIT Associates, L.P.                  | 20-12736     | 5032    |
| 67 | PREIT-RUBIN OP, Inc.                    | 20-12798     | 4799    |
| 68 | PREIT-RUBIN, Inc.                       | 20-12738     | 4920    |
| 69 | XGP LLC                                 | 20-12767     | N/A     |