IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
PENNSYLVANIA REAL ESTATE INVESTMENT                             : Case No. 20-12737 (KBO)
TRUST, *et al.*,[1]                                             :
                                                                : (Jointly Administered)
    Debtors.                                 :
---------------------------------------------------------------- x **Re: D.I. 153**

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon consideration of the *Certification of Counsel for Order Scheduling Omnibus Hearing Date*,

**IT IS HEREBY ORDERED THAT:**

1. The following date and time has been scheduled as an omnibus hearing in these chapter 11 cases:

**December 22, 2020 at 10:00 a.m. (prevailing Eastern Time), 6th Floor, Courtroom #3**

---

[1] A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Schedule 1**. The corporate headquarters and the mailing address for the Debtors is 2005 Market Street, Suite 1000, Philadelphia, PA 19103.

EAST\177573738

 **Dated: November 19th, 2020**
 **Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**