# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
PENNSYLVANIA REAL ESTATE INVESTMENT                              : Case No. 20-12737 (KBO)
TRUST, *et al.*,[1]                                              :
                                                                 : (Jointly Administered)
    Debtors.                                 :
---------------------------------------------------------------- x **Related D.I.: 213**

## NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER APPROVING THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING, THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF PENNSYLVANIA REAL ESTATE INVESTMENT TRUST AND CERTAIN OF ITS DIRECT AND INDIRECT SUBSIDIARIES AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**1.     Petition Date.**  On November 1, 2020 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**2.     Confirmation of the Plan.**  On November 30, 2020, the Court entered an order [D.I. 213] (the "Confirmation Order"), approving the *Disclosure Statement Relating to the Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment Trust and Certain of Its Direct and Indirect Subsidiaries* [D.I. 17] (the "Disclosure Statement") and confirming the *Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment Trust and Certain of Its Direct and Indirect Subsidiaries (With Technical Modifications as of November 20, 2020)* [D.I. 213-2] (the "Plan").[2]

**3.     Effective Date.**  On December 10, 2020 (the "Effective Date"), each of the conditions precedent to consummation of the Plan enumerated in Section 8.2 of the Plan were satisfied or waived in accordance with the Plan and the Confirmation Order, and the Effective Date of the Plan occurred.

**4.     Deadline to File Professional Fee Claim.**  In accordance with Section 2.2 of the Plan, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be filed no later than **forty-five (45) days after**

---

[1]     A list of the Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, is attached hereto as **Schedule 1**.  The corporate headquarters and the mailing address for the Debtors is 2005 Market Street, Suite 1000, Philadelphia, PA 19103.

[2]     Capitalized terms used but not defined herein have the meanings given to them in the Plan.

**the Effective Date** (the "Professional Fee Claim Bar Date"). All requests for payment of Professional Fee Claims must be (i) made in writing, (ii) filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and (iii) served upon the following parties so as to be received no later than the Professional Fee Claim Bar Date: (a) counsel for the Debtors, DLA Piper LLP (US), 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801-1147 (Attn.: R. Craig Martin, Esq. [craig.martin@us.dlapiper.com], Stuart M. Brown, Esq. [stuart.brown@us.dlapiper.com], and Aaron S. Applebaum, Esq. [aaron.applebaum@us.dlapiper.com]) and 444 West Lake Street, Suite 900, Chicago, Illinois 60606 (Attn.: Richard A. Chesley, Esq. [richard.chesley@us.dlapiper.com], Daniel M. Simon, Esq. [daniel.simon@us.dlapiper.com], Oksana Koltko Rosaluk, Esq. [oksana.koltkorosaluk@us.dlapiper.com], David E. Avraham, Esq. [david.avraham@us.dlapiper.com], and Tara Nair, Esq. [tara.nair@us.dlapiper.com]); (b) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King St., Lockbox 35, Wilmington, DE 19801 (Attn.: Joseph J. McMahon, Jr., Esq. [joseph.mcmahon@usdoj.gov]); and (c) counsel to the Agent under the Revolver/TL Credit Agreement, Seven Year Term Loan Agreement and Bridge Loan Credit Agreement, and the Consenting Lenders, (i) Jones Day, 250 Vesey Street, New York, New York 10281 (Attn.: Benjamin Rosenblum, Esq. [brosenblum@jonesday.com], Stacey L. Corr-Irvine, Esq. [scooirvine@jonesday.com], and Danielle D. Donovan, Esq. [ddonovan@jonesday.com]) and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Matthew P. Ward, Esq. [matthew.ward@wbd-us.com]).

**5.    Release, Discharge, Exculpation, and Injunction Provisions.** The Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VII of the Plan. The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**6.    Copies of Pleadings.** Parties interested in obtaining copies of the Plan, the Disclosure Statement, the Confirmation Order and/or any other document filed in the Debtors' Chapter 11 Cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Prime Clerk, the Debtors' noticing agent, available at: http://cases.primeclerk.com/PREIT (which is free of charge); or (iv) contacting counsel for the Debtors using the contact information below.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  December 10, 2020<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> */s/ R. Craig Martin*　　　　　　　　　　<br>R. Craig Martin (DE 5032)<br>Aaron S. Applebaum (DE 5587)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone:(302) 468-5700<br>Facsimile:(302) 394-2341<br>Email:  craig.martin@us.dlapiper.com<br>　　　　aaron.applebaum@us.dlapiper.com<br><br> -and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>Daniel M. Simon (admitted *pro hac vice*)<br>Oksana Koltko Rosaluk (admitted *pro hac vice*)<br>David E. Avraham (admitted *pro hac vice*)<br>Tara Nair (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email:  richard.chesley@us.dlapiper.com<br>　　　　daniel.simon@us.dlapiper.com<br>　　　　oksana.koltkorosaluk@us.dlapiper.com<br>　　　　david.avraham@us.dlapiper.com<br>　　　　tara.nair@us.dlapiper.com<br><br>*Counsel for the Debtors* |

## Schedule 1

### (Alphabetical List of Debtors)

|    | Debtor Name | Case No. | EIN |
|----|-------------|----------|-----|
| 1  | Bala Cynwyd Associates, LP | 20-12761 | 8913 |
| 2  | Moorestown Mall LLC | 20-12791 | 8051 |
| 3  | Pennsylvania Real Estate Investment Trust | 20-12737 | 6339 |
| 4  | Plymouth Ground Associates LLC | 20-12769 | N/A |
| 5  | Plymouth Ground Associates, LP | 20-12771 | N/A |
| 6  | PR AEKI Plymouth LLC | 20-12775 | N/A |
| 7  | PR AEKI Plymouth, LP | 20-12777 | N/A |
| 8  | PR BVM LLC | 20-12796 | N/A |
| 9  | PR Capital City Limited Partnership | 20-12776 | 7775 |
| 10 | PR Capital City LLC | 20-12774 | 4283 |
| 11 | PR CC I LLC | 20-12778 | 3669 |
| 12 | PR CC II LLC | 20-12772 | N/A |
| 13 | PR CC Limited Partnership | 20-12781 | 4179 |
| 14 | PR Cherry Hill Office GP, LLC | 20-12759 | N/A |
| 15 | PR Cumberland Outparcel LLC | 20-12744 | N/A |
| 16 | PR Exton Limited Partnership | 20-12762 | 2620 |
| 17 | PR Exton LLC | 20-12756 | N/A |
| 18 | PR Exton Outparcel GP, LLC | 20-12755 | N/A |
| 19 | PR Exton Outparcel Holdings, LP | 20-12758 | N/A |
| 20 | PR Exton Outparcel Limited Partnership | 20-12760 | N/A |
| 21 | PR Exton Square Property L.P. | 20-12773 | 7997 |
| 22 | PR Fin Delaware LLC | 20-12739 | N/A |
| 23 | PR Financing I LLC | 20-12757 | 7844 |
| 24 | PR Financing II LLC | 20-12754 | N/A |
| 25 | PR Financing Limited Partnership | 20-12770 | 4892 |
| 26 | PR Gainesville Limited Partnership | 20-12749 | N/A |
| 27 | PR Gainesville LLC | 20-12779 | N/A |
| 28 | PR GV LLC | 20-12742 | N/A |
| 29 | PR GV LP | 20-12747 | N/A |
| 30 | PR Hyattsville LLC | 20-12784 | 3110 |
| 31 | PR Jacksonville Limited Partnership | 20-12768 | N/A |
| 32 | PR Jacksonville LLC | 20-12765 | 4726 |
| 33 | PR JK LLC | 20-12763 | N/A |
| 34 | PR Magnolia LLC | 20-12753 | 5017 |
| 35 | PR Monroe Old Trail Holdings, L.P. | 20-12803 | N/A |
| 36 | PR Monroe Old Trail Holdings, LLC | 20-12802 | N/A |
| 37 | PR Monroe Old Trail Limited Partnership | 20-12801 | N/A |
| 38 | PR Monroe Old Trail, LLC | 20-12800 | N/A |
| 39 | PR Moorestown Anchor-L&T, LLC | 20-12743 | N/A |
| 40 | PR Moorestown Anchor-M LLC | 20-12792 | N/A |

|    | **Debtor Name**                          | **Case No.** | **EIN** |
|----|------------------------------------------|--------------|---------|
| 41 | PR Moorestown Limited Partnership        | 20-12790     | 7661    |
| 42 | PR Moorestown LLC                        | 20-12786     | N/A     |
| 43 | PR Plymouth Anchor-M, L.P.               | 20-12787     | N/A     |
| 44 | PR Plymouth Anchor-M, LLC                | 20-12785     | N/A     |
| 45 | PR Plymouth Meeting Associates PC LP     | 20-12795     | N/A     |
| 46 | PR Plymouth Meeting Limited Partnership  | 20-12783     | 8280    |
| 47 | PR Plymouth Meeting LLC                  | 20-12780     | N/A     |
| 48 | PR PM PC Associates LLC                  | 20-12793     | N/A     |
| 49 | PR PM PC Associates LP                   | 20-12794     | N/A     |
| 50 | PR Prince George's Plaza LLC             | 20-12782     | 6377    |
| 51 | PR Springfield Town Center LLC           | 20-12741     | 9679    |
| 52 | PR Sunrise Outparcel 2, LLC              | 20-12799     | 4373    |
| 53 | PR Swedes Square LLC                     | 20-12750     | N/A     |
| 54 | PR TP LLC                                | 20-12746     | N/A     |
| 55 | PR TP LP                                 | 20-12751     | N/A     |
| 56 | PR Valley Anchor-M Limited Partnership   | 20-12789     | N/A     |
| 57 | PR Valley Anchor-M, LLC                  | 20-12788     | N/A     |
| 58 | PR Valley Anchor-S, LLC                  | 20-12748     | N/A     |
| 59 | PR Valley Limited Partnership            | 20-12766     | 5123    |
| 60 | PR Valley LLC                            | 20-12764     | 4705    |
| 61 | PR Valley Solar LLC                      | 20-12797     | N/A     |
| 62 | PR Valley View Anchor-M, LLC             | 20-12804     | N/A     |
| 63 | PR Valley View Anchor-M, LP              | 20-12752     | N/A     |
| 64 | PR Valley View OP-DSG/CEC, LLC           | 20-12740     | 5063    |
| 65 | PR Woodland Anchor-S, LLC                | 20-12745     | N/A     |
| 66 | PREIT Associates, L.P.                   | 20-12736     | 5032    |
| 67 | PREIT-RUBIN OP, Inc.                     | 20-12798     | 4799    |
| 68 | PREIT-RUBIN, Inc.                        | 20-12738     | 4920    |
| 69 | XGP LLC                                  | 20-12767     | N/A     |