**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
Pennsylvania Real Estate Investment Trust, §       Case No. 20-12737 (KBO)
                        Debtor.           §
                                          §        (Jointly Administered)
Employer's Tax Identification No.: 23-6216339 §
                                          §
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PREIT Associates, L.P.,                   §        Case No. 20-12736 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 23-2925032 §
                                          §
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PREIT-RUBIN, Inc.,                        §        Case No. 20-12738 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 23-2204920 §
                                          §
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Fin Delaware LLC,                      §        Case No. 20-12739 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: N/A    §
                                          §
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Valley View OP-DSG/CEC, LLC,           §        Case No. 20-12740 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 83-2805063 §
                                          §
-------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Springfield Town Center LLC,           §        Case No. 20-12741 (KBO)
```

|                                                        |   |                          |
|--------------------------------------------------------|---|--------------------------|
| Debtor.                                                | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: 47-2159679          | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |
| In re:                                                 | § | Chapter 11               |
|                                                        | § |                          |
| PR Moorestown Anchor-L&T, LLC,                         | § | Case No. 20-12743 (KBO)  |
|                     Debtor.                            | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: N/A                 | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |
| In re:                                                 | § | Chapter 11               |
|                                                        | § |                          |
| PR Cumberland Outparcel LLC,                           | § | Case No. 20-12744 (KBO)  |
|                     Debtor.                            | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: N/A                 | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |
| In re:                                                 | § | Chapter 11               |
|                                                        | § |                          |
| PR Woodland Anchor-S, LLC,                             | § | Case No. 20-12745 (KBO)  |
|                     Debtor.                            | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: N/A                 | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |
| In re:                                                 | § | Chapter 11               |
|                                                        | § |                          |
| PR Valley Anchor-S, LLC,                               | § | Case No. 20-12748 (KBO)  |
|                     Debtor.                            | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: N/A                 | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |
| In re:                                                 | § | Chapter 11               |
|                                                        | § |                          |
| PR Swedes Square LLC,                                  | § | Case No. 20-12750 (KBO)  |
|                     Debtor.                            | § |                          |
|                                                        | § |                          |
| Employer's Tax Identification No.: N/A                 | § |                          |
|                                                        | § |                          |
| ------------------------------------------------------x |   |                          |

```
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Magnolia LLC,                          §        Case No. 20-12753 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 23-2925017  §
                                          §
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Financing II LLC,                      §        Case No. 20-12754 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: N/A     §
                                          §
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Financing I LLC,                       §        Case No. 20-12757 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 23-0347844  §
                                          §
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Cherry Hill Office GP, LLC,            §        Case No. 20-12759 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: N/A     §
                                          §
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
Bala Cynwyd Associates, LP,               §        Case No. 20-12761 (KBO)
                        Debtor.           §
                                          §
Employer's Tax Identification No.: 23-2528913  §
                                          §
------------------------------------------------------------x
In re:                                    §        Chapter 11
                                          §
PR Valley LLC,                            §        Case No. 20-12764 (KBO)
                        Debtor.           §
                                          §
```

Employer's Tax Identification No.: 20-0344705 §
§
-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Valley Limited Partnership, | § | Case No. 20-12766 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 23-2935123 | § | |
| | § | |

-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| Plymouth Ground Associates LLC, | § | Case No. 20-12769 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| Plymouth Ground Associates, LP, | § | Case No. 20-12771 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR AEKI Plymouth LLC, | § | Case No. 20-12775 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR AEKI Plymouth, LP, | § | Case No. 20-12777 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

-----------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Gainesville LLC, | § | Case No. 20-12779 (KBO) |

|  |  |  |
|---|---|---|
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR GV LLC, | § | Case No. 20-12742 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR GV LP, | § | Case No. 20-12747 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Gainesville Limited Partnership, | § | Case No. 20-12749 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley View Anchor-M, LLC, | § | Case No. 20-12804 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |
| In re: | § | Chapter 11 |
| | § | |
| PR Valley View Anchor-M Limited Partnership, | § | Case No. 20-12789 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |
| ------------------------------------------------------------x | | |

```
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR Exton Outparcel GP, LLC,                   §    Case No. 20-12755 (KBO)
                        Debtor.               §
                                              §
Employer's Tax Identification No.: N/A        §
                                              §
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR Exton Outparcel Holdings, LP,              §    Case No. 20-12758 (KBO)
                        Debtor.               §
                                              §
Employer's Tax Identification No.: N/A        §
                                              §
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR Exton Outparcel Limited Partnership,       §    Case No. 20-12760 (KBO)
                        Debtor.               §
                                              §
Employer's Tax Identification No.: N/A        §
                                              §
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR JK LLC,                                    §    Case No. 20-12763 (KBO)
                        Debtor.               §
                                              §
Employer's Tax Identification No.: N/A        §
                                              §
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR Jacksonville LLC,                          §    Case No. 20-12765 (KBO)
                        Debtor.               §
                                              §
Employer's Tax Identification No.: 20-0344726 §
                                              §
-----------------------------------------------------------x
In re:                                        §    Chapter 11
                                              §
PR Jacksonville Limited Partnership,          §    Case No. 20-12768 (KBO)
                        Debtor.               §
                                              §
```

Employer's Tax Identification No.: N/A § §

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Financing Limited Partnership, | § | Case No. 20-12770 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 25-1714892 | § | |
| | § | |

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR CC II LLC, | § | Case No. 20-_12772 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Capital City LLC, | § | Case No. 20-12774 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 20-0344283 | § | |
| | § | |

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Capital City Limited Partnership, | § | Case No. 20-12776 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 01-0557775 | § | |
| | § | |

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR CC I LLC, | § | Case No. 20-12778 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 20-0343669 | § | |
| | § | |

------------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR CC Limited Partnership, | § | Case No. 20-12781 (KBO) |

Debtor.                                     §
                                            §
Employer's Tax Identification No.: 20-0344179    §
                                            §
---------------------------------------------------------------x

In re:                                      §          Chapter 11
                                            §
PR Prince George's Plaza LLC,               §          Case No. 20-12782 (KBO)
                          Debtor.           §
                                            §
Employer's Tax Identification No.: 36-4156377    §
                                            §
---------------------------------------------------------------x

In re:                                      §          Chapter 11
                                            §
PR Hyattsville LLC,                         §          Case No. 20-12784 (KBO)
                          Debtor.           §
                                            §
Employer's Tax Identification No.: 20-8943110    §
                                            §
---------------------------------------------------------------x

In re:                                      §          Chapter 11
                                            §
PR Plymouth Anchor-M, LLC,                  §          Case No. 20-12785 (KBO)
                          Debtor.           §
                                            §
Employer's Tax Identification No.: N/A      §
                                            §
---------------------------------------------------------------x

In re:                                      §          Chapter 11
                                            §
PR Plymouth Anchor-M, L.P.,                 §          Case No. 20-12787 (KBO)
                          Debtor.           §
                                            §
Employer's Tax Identification No.: N/A      §
                                            §
---------------------------------------------------------------x

In re:                                      §          Chapter 11
                                            §
PR Valley Anchor-M, LLC,                    §          Case No. 20-12785 (KBO)
                          Debtor.           §
                                            §
Employer's Tax Identification No.: N/A      §
                                            §
---------------------------------------------------------------x

```
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Valley Anchor-M Limited Partnership,                §    Case No. 20-12789 (KBO)
                          Debtor.                      §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR TP LLC,                                             §    Case No. 20-12746 (KBO)
                          Debtor.                      §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR TP LP,                                              §    Case No. 20-12751 (KBO)
                          Debtor.                      §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Exton LLC,                                          §    Case No. 20-12756 (KBO)
                          Debtor.                      §
                                                       §
Employer's Tax Identification No.: N/A                 §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
PR Exton Limited Partnership,                          §    Case No. 20-12762 (KBO)
                          Debtor.                      §
                                                       §
Employer's Tax Identification No.: 35-2202620          §
                                                       §
-------------------------------------------------------x
In re:                                                 §    Chapter 11
                                                       §
XGP LLC,                                               §    Case No. 20-12767 (KBO)
                          Debtor.                      §
                                                       §
```

Employer's Tax Identification No.: N/A      §
§
------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Exton Square Property L.P., | § | Case No. 20-12773 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 27-5107997 | § | |
| | § | |

------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Plymouth Meeting LLC, | § | Case No. 20-12780 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Plymouth Meeting Limited Partnership, | § | Case No. 20-12783 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 11-3688280 | § | |
| | § | |

------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Moorestown LLC, | § | Case No. 20-12786 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: N/A | § | |
| | § | |

------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| PR Moorestown Limited Partnership, | § | Case No. 20-12790 (KBO) |
| Debtor. | § | |
| | § | |
| Employer's Tax Identification No.: 30-0167661 | § | |
| | § | |

------------------------------------------------------------x

| In re: | § | Chapter 11 |
| | § | |
| Moorestown Mall LLC, | § | Case No. 20-12791 (KBO) |

|                                                    |   |                          |
|----------------------------------------------------|---|--------------------------|
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: 73-1668051      | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

| In re:                                             | § | Chapter 11               |
|----------------------------------------------------|---|--------------------------|
|                                                    | § |                          |
| PR Moorestown Anchor-M LLC,                        | § | Case No. 20-12792 (KBO)  |
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: N/A             | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

| In re:                                             | § | Chapter 11               |
|----------------------------------------------------|---|--------------------------|
|                                                    | § |                          |
| PR PM PC Associates LLC,                           | § | Case No. 20-12793 (KBO)  |
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: N/A             | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

| In re:                                             | § | Chapter 11               |
|----------------------------------------------------|---|--------------------------|
|                                                    | § |                          |
| PR PM PC Associates LP,                            | § | Case No. 20-12794 (KBO)  |
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: N/A             | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

| In re:                                             | § | Chapter 11               |
|----------------------------------------------------|---|--------------------------|
|                                                    | § |                          |
| PR Plymouth Meeting Associates PC LP,              | § | Case No. 20-12795 (KBO)  |
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: N/A             | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

| In re:                                             | § | Chapter 11               |
|----------------------------------------------------|---|--------------------------|
|                                                    | § |                          |
| PR BVM LLC,                                        | § | Case No. 20-12796 (KBO)  |
|        Debtor.  | § |                          |
|                                                    | § |                          |
| Employer's Tax Identification No.: N/A             | § |                          |
|                                                    | § |                          |

-----------------------------------------------------------------x

```
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PR Valley Solar LLC,                            §        Case No. 20-12797 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PREIT-RUBIN OP, Inc.,                           §        Case No. 20-12798 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: 23-0384799   §
                                                §
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PR Sunrise Outparcel 2, LLC,                    §        Case No. 20-12799 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: 27-3814373   §
                                                §
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PR Monroe Old Trail, LLC,                       §        Case No. 20-12800 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PR Monroe Old Trail Limited Partnership,        §        Case No. 20-12801 (KBO)
                        Debtor.                 §
                                                §
Employer's Tax Identification No.: N/A          §
                                                §
------------------------------------------------x
In re:                                          §        Chapter 11
                                                §
PR Monroe Old Trail Holdings, LLC,              §        Case No. 20-12802 (KBO)
                        Debtor.                 §
                                                §
```

Employer's Tax Identification No.: N/A      §
                             §
--------------------------------------------------------------x

In re:                                           §          Chapter 11
                             §

PR Monroe Old Trail Holdings, L.P.,      §          Case No. 20-12803 (KBO)
                   Debtor.      §
                             §

Employer's Tax Identification No.: N/A      §
                             §
--------------------------------------------------------------x

### FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES

This matter coming before this Court upon the certificate of counsel (the "Certificate of Counsel") filed by the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") for entry of a final decree (this "Final Decree"), closing each of the Reorganized Debtors' chapter 11 cases, other than the case of Pennsylvania Real Estate Investment Trust, Case No. 20-12737 (KBO); and upon consideration of the record of these chapter 11 cases; and this Court having found that (i) this Court has jurisdiction over the Reorganized Debtors, their estates, property of their estates and to consider the Certification of Counsel and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this proceeding in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the notice of the closure of the aforementioned cases and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and having determined that just cause for the relief granted in this Final Decree exists and that the relief granted herein is in the best interests of the Reorganized Debtors' estates, their creditors and other parties in interest; and pursuant to the *Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment Trust and Certain of*

*Its Direct and Indirect Subsidiaries (with Technical Modifications As of November 20, 2020)* [D.I
213-2] (the "Plan") and as ordered in the *Findings of Fact, Conclusions of Law, and Order
Approving the Adequacy of the Debtors; Disclosure Statement for, and Confirming, the Debtors'
Joint Prepackaged Chapter 11 Plan of Reorganization of Pennsylvania Real Estate Investment
Trust and Certain of Its Direct and Indirect Subsidiaries* [D.I. 213] (the "Confirmation Order");
and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The chapter 11 cases listed on **Exhibit 1** attached to this Final Decree (collectively,
the "Affiliated Cases" and each, an "Affiliated Case") are hereby **CLOSED**; *provided, that* this
Court shall retain jurisdiction over all matters related to administration of the Affiliated Cases, as
set forth in paragraph 42 of the Confirmation Order.

2.     The Clerk of this Court is hereby directed to (a) enter this Final Decree on the
docket of each Affiliated Case and (b) mark the docket of each Affiliated Case as "Closed."

3.     The lead case of Pennsylvania Real Estate Investment Trust, Case No. 20-12737
(KBO) (the "Remaining Case") shall remain open pending further order of the Court, and, from
and after the date of entry of this Final Decree, all motions, notices, applications and other
pleadings and reports relating to any of the Debtors or Reorganized Debtors, as applicable, shall
be filed, administered and adjudicated in the Remaining Case without the need to reopen the
Affiliate Cases.

4.     Parties in interest are directed to use the case caption attached hereto as **Exhibit 2**
when filing a pleading with the Court in the Remaining Case.

5.     Notwithstanding the closing of the Affiliated Cases, when seeking to close the
Remaining Case, the Reorganized Debtor shall file a consolidated final report under Local Rule

3022-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware in the Remaining Case, as set forth in paragraph 11.11 of the Plan and paragraph 39 of the Confirmation Order, which shall also include the Reorganized Debtors in the Affiliated Cases.

6.      Within thirty (30) days of entry of this Final Decree, the Reorganized Debtors shall file a post-confirmation quarterly summary report for the Affiliated Cases for the period from December 1, 2020 through the date of entry of this Final Decree.

7.      The Debtors shall pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) in connection with the Affiliate Cases and the Remaining Case as they come due.

8.      Following the entry of this Final Decree, all further reporting concerning the administration of the assets and liabilities of the Reorganized Debtors in the Affiliated Cases shall occur only in the Remaining Case until entry of a final decree closing the Remaining Case.

9.      The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted in this Final Decree.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Dated: December 22nd, 2020
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE