# APPENDIX A

## Biographies of PJT Professionals

- **Steven Zelin.** Mr. Zelin is a Partner in the Restructuring & Special Situations Group. Mr. Zelin has advised in both domestic and cross-border restructuring, capital raise, financing and merger and acquisition advisory transactions on a full-time basis since 1988. Mr. Zelin's most notable public assignments include: Abitibi Bowater Holdings, Inc., Aeromexico/Mexicana Airlines, Aquila, Inc., Big V Supermarkets (Shop Rite), Calpine Corporation, Centaur Gaming, Clearwire Corporation, Delphi Corporation, Energy Future Holdings, Enron Corporation, Entergy New Orleans, Ferruzzi Finanziaria, Ford Motor Company, General Motors Corporation, The Goodyear Tire & Rubber Company, Highland Hospitality, Houston Sports Authority, Indianapolis Downs, Integrated Resources, Inc., Intrawest Resorts, Jefferson County (Alabama) Sewer System, Kerzner International, Kindred Healthcare (formerly Vencor), LightSquared, Inc., Mariner Energy, Marvel Entertainment Group, Mrs. Fields Cookies, Inc., Motorola Inc.(in the restructuring of Iridium), Nexen, NII Holdings, Inc., Pacific Lumber/Scotia Pacific Corp., Ritz Carlton Grand Cayman, R. H. Macy & Co., SEM Group Energy Partners, State of Rhode Island (in the restructuring of Twin River Casino), Sumitomo Corp (in the restructuring of Apex Silver Mines), Terrestar Corp., Tosiba Corp (in the restructuring of Nuclear Initiative N. America, Washington Mutual Inc., and Xerox Corporation. Mr. Zelin is a Fellow of the American College of Bankruptcy, an honorary association of bankruptcy and insolvency judges, lawyers and restructuring specialists whose members are admitted based upon achievements and service to the profession. Mr. Zelin has also been named as one of the country's leading restructuring financial advisors in the 2003 through 2011 K&A Restructuring Register, an annual peer group listing assembled by the country's leading restructuring professionals. He is a frequent lecturer on restructuring related topics at New York University and serves on its Board of Overseers. Mr. Zelin graduated with a BSc from State University of New York and received his MBA from New York University's Stern School of Business.

- **Jon Walters.** Mr. Walters is a Vice President in the Restructuring and Special Situations Group at PJT Partners LP. Since joining PJT, Mr. Walters has worked on a number of assignments in multiple industries, including AFGlobal, Ambatovy, Bon-Ton, Bristow, CHC Helicopter, CBL, Connacher Oil and Gas, Constellis, Deluxe, FullBeauty, Homer City, Magnum Hunter, PHI, Venoco and Westinghouse. Prior to joining PJT, Mr. Walters was an equity research analyst covering various sectors at Sureview Capital Prior to that, Mr. Walters was an Associate at Lightyear Capital, a private equity firm. Previously, Mr. Walters was an investment banking analyst at Merrill Lynch and Barclays Capital, where he executed advisory and financing assignments. Mr. Walters graduated magna cum laude from Georgetown University and received an MBA from The Wharton School.

- **Dylan Friesner.** Mr. Friesner is an Associate in the Restructuring and Special Situations Group at PJT Partners. Since joining PJT Partners, Dylan has advised companies, sponsors, and creditors on several restructuring and liability management transactions in the real estate, travel, healthcare, and technology sectors. Dylan graduated from Indiana University and received an MBA from the Wharton School of the University of Pennsylvania and a JD from the University of Pennsylvania Law School.

- **Lukas Schwarzmann.** Mr. Schwarzmann is an Analyst in the Restructuring and Special Situations Group at PJT Partners LP. Mr. Schwarzmann graduated from Harvard University with a BA in Applied Mathematics.