# APPENDIX B

PJT Partners



December 2, 2020

Mario Ventresca
EVP & CFO
Pennsylvania Real Estate Investment Trust
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Andrew Ioannou
EVP & Treasurer
Pennsylvania Real Estate Investment Trust
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

| | |
|---|---:|
| Additional Capital Raising Fee | $ 750,000.00 |
| **Restructuring Fee:** | 3,650,000.00 |
| Subtotal | 4,400,000.00 |
| Less: Payment Received | (4,400,000.00) |
| **Total Amount Due** | $ - |

**Invoice No. 10016140A**

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

# PJT Partners



January 5, 2021

Mario Ventresca
EVP & CFO
Pennsylvania Real Estate Investment Trust
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Andrew Ioannou
EVP & Treasurer
Pennsylvania Real Estate Investment Trust
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Out-of-pocket expenses processed through December 31, 2020:

| | | | |
|---|---:|---|---:|
| Ground Transportation | $ 101.75 | | |
| Meals | 1,055.75 | $ | 1,157.50 |
| **Total Amount Due** | | **$** | **1,157.50** |

Invoice No. 10016464

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Pennsylvania Real Estate Investment Trust**
**Summary of Expenses**

|  | GL Detail Jan-21 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 101.75 | $ 101.75 |
| Employee Meals | 1,055.75 | 1,055.75 |
| **Total** | **$ 1,157.50** | **$ 1,157.50** |
|  |  |  |
| **Ground Transportation** | | $ 101.75 |
| **Meals** | | 1,055.75 |
|  |  |  |
| **Total Expenses** | | $ 1,157.50 |

**Pennsylvania Real Estate Investment Trust**
**Detail of Expenses Processed**
**Through January 5, 2021**
**Invoice No. 10016464**

**Ground Transportation**

| | | |
|---|---|---|
| Schwarzmann (weeknight taxi home from office) | 11/09/20 | 11.60 |
| Schwarzmann (weeknight taxi home from office) | 11/12/20 | 14.46 |
| Schwarzmann (weeknight taxi home from office) | 11/16/20 | 14.08 |
| Schwarzmann (weeknight taxi home from office) | 11/18/20 | 11.60 |
| Schwarzmann (weeknight taxi home from office) | 11/23/20 | 12.48 |
| Schwarzmann (weeknight taxi home from office) | 11/30/20 | 12.57 |
| Schwarzmann (weeknight taxi home from office) | 12/02/20 | 13.36 |
| Schwarzmann (weeknight taxi home from office) | 12/03/20 | 11.60 |
| **Subtotal - Ground Transportation** | | **$ 101.75** |

**Employee Meals**

| | | |
|---|---|---|
| Friesner (weeknight working lunch meal) | 11/01/20 | 17.96 |
| Friesner (weekend working dinner meal) | 11/01/20 | 35.40 |
| Friesner (weeknight working dinner meal) | 11/02/20 | 30.65 |
| Friesner (weeknight working dinner meal) | 11/03/20 | 35.13 |
| Friesner (weeknight working dinner meal) | 11/04/20 | 32.21 |
| Friesner (weeknight working dinner meal) | 11/05/20 | 31.93 |
| Friesner (weeknight working dinner meal) | 11/06/20 | 34.49 |
| Friesner (weekend working dinner meal) | 11/07/20 | 35.54 |
| Friesner (weeknight working dinner meal) | 11/09/20 | 35.33 |
| Friesner (weeknight working dinner meal) | 11/10/20 | 35.43 |
| Friesner (weeknight working dinner meal) | 11/11/20 | 26.82 |
| Friesner (weeknight working dinner meal) | 11/12/20 | 34.49 |
| Friesner (weeknight working dinner meal) | 11/18/20 | 35.13 |
| Friesner (weeknight working dinner meal) | 11/19/20 | 34.27 |
| Friesner (weeknight working dinner meal) | 11/25/20 | 35.50 |
| Schwarzmann (weeknight working dinner meal) | 11/02/20 | 35.68 |
| Schwarzmann (weeknight working dinner meal) | 11/04/20 | 35.70 |
| Schwarzmann (weeknight working dinner meal) | 11/05/20 | 35.70 |
| Schwarzmann (weeknight working dinner meal) | 11/06/20 | 35.70 |
| Schwarzmann (weekend working lunch meal) | 11/07/20 | 20.00 |
| Schwarzmann (weekend working lunch meal) | 11/08/20 | 20.00 |
| Schwarzmann (weekend working dinner meal) | 11/08/20 | 33.31 |
| Schwarzmann (weeknight working dinner meal) | 11/09/20 | 35.70 |
| Schwarzmann (weeknight working dinner meal) | 11/10/20 | 35.70 |
| Schwarzmann (weeknight working dinner meal) | 11/11/20 | 35.70 |
| Schwarzmann (weeknight working dinner meal) | 11/12/20 | 35.18 |
| Schwarzmann (weeknight working dinner meal) | 11/13/20 | 35.70 |
| Schwarzmann (weekend working lunch meal) | 11/14/20 | 20.00 |
| Schwarzmann (weekend working dinner meal) | 11/14/20 | 35.70 |
| Schwarzmann (weekend working lunch meal) | 11/15/20 | 20.00 |
| Schwarzmann (weekend working dinner meal) | 11/15/20 | 35.70 |
| Schwarzmann (weekend working lunch meal) | 11/21/20 | 20.00 |
| Schwarzmann (weekend working lunch meal) | 11/22/20 | 20.00 |
| Schwarzmann (weekend working lunch meal) | 11/29/20 | 20.00 |
| **Subtotal - Employee Meals** | | **1,055.75** |
| **Total Expenses** | | **$ 1,157.50** |