# APPENDIX C

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Title | Hours |
| --- | --- | --- |
| Steve Zelin | Partner | 31.0 |
| George South | Managing Director | 6.0 |
| Gregory Patcella | Director | 3.5 |
| Jon Walters | Vice President | 77.0 |
| Dylan Friesner | Associate | 87.0 |
| Michael Norton | Associate | 3.5 |
| Lukas Schwarzmann | Analyst | 105.5 |
| | Total | **313.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Steve Zelin | 11/02/20 | 1.0 | Call with legal counsel on First Day Hearings |
| Steve Zelin | 11/03/20 | 2.0 | First Day Hearings |
| Steve Zelin | 11/03/20 | 1.0 | Discussion with management, counsel, team regarding next steps |
| Steve Zelin | 11/04/20 | 1.5 | Call with Company and legal counsel on settlement strategy |
| Steve Zelin | 11/05/20 | 0.5 | Discussion with counsel regarding settlement strategy |
| Steve Zelin | 11/05/20 | 0.5 | Discussion with management, counsel, team regarding next steps |
| Steve Zelin | 11/06/20 | 0.5 | Call with legal counsel on strategy |
| Steve Zelin | 11/07/20 | 1.0 | Call with legal counsel on Strategy |
| Steve Zelin | 11/07/20 | 1.0 | Call with legal counsel on depositions |
| Steve Zelin | 11/09/20 | 0.5 | Internal Update Call |
| Steve Zelin | 11/09/20 | 1.0 | Call with legal counsel on depositions |
| Steve Zelin | 11/10/20 | 0.5 | Call with legal counsel on strategy |
| Steve Zelin | 11/12/20 | 1.0 | Call with legal counsel on strategy |
| Steve Zelin | 11/12/20 | 7.0 | Mediation |
| Steve Zelin | 11/13/20 | 2.5 | Mediation |
| Steve Zelin | 11/16/20 | 0.5 | Internal Update Call |
| Steve Zelin | 11/17/20 | 0.5 | Internal Update Call |
| Steve Zelin | 11/17/20 | 1.0 | Call with legal counsel on strategy |
| Steve Zelin | 11/19/20 | 0.5 | Call with legal counsel on strategy |
| Steve Zelin | 11/23/20 | 0.5 | Management and debtor advisor update call |
| Steve Zelin | 11/23/20 | 0.5 | Review Credit Agreement with counsel |
| Steve Zelin | 11/24/20 | 0.5 | Management and debtor advisor update call |
| Steve Zelin | 11/24/20 | 0.5 | Discussion with counsel regarding next steps |
| Steve Zelin | 11/25/20 | 0.5 | Management and debtor advisor update call |
| Steve Zelin | 11/28/20 | 2.0 | Board call and prep |
| Steve Zelin | 11/29/20 | 1.5 | Call on confirmation prep / litigation |
| Steve Zelin | 11/30/20 | 1.0 | Confirmation hearing |
| | | **31.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| George South | 11/16/20 | 1.5 | Reviewed UST comments/questions re: PJT's retention and related follow-up |
| George South | 11/17/20 | 2.0 | Further work related to UST's questions re: PJT's retention and related correspondence |
| George South | 11/19/20 | 0.5 | Call with J, Walters re: declaration |
| George South | 11/23/20 | 1.0 | Reviewed UST's further requests for information, related review and correspondence |
| George South | 11/23/20 | 1.0 | Prepared declaration to address UST's comments/questions |
| | | **6.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gregory Patcella | 11/10/20 | 1.0 | Deposition Prep |
| Gregory Patcella | 11/11/20 | 1.5 | Call with legal counsel on depositions |
| Gregory Patcella | 11/12/20 | 1.0 | Mediation Prep |
| | | **3.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jon Walters | 11/02/20 | 1.0 | Call with Debtors and DLA in advance of first days |
| Jon Walters | 11/02/20 | 0.5 | Credit agreement call with the Debtors, creditors, and advisors |
| Jon Walters | 11/03/20 | 1.0 | Credit agreement call with the Debtors, creditors, and advisors |
| Jon Walters | 11/03/20 | 1.5 | First day hearing |
| Jon Walters | 11/03/20 | 0.5 | Call with Debtors and advisors on next steps |
| Jon Walters | 11/03/20 | 0.5 | Review credit agreement |
| Jon Walters | 11/04/20 | 0.5 | Review credit agreement |
| Jon Walters | 11/04/20 | 0.5 | Call with D. Simon on next steps |
| Jon Walters | 11/04/20 | 1.0 | Call with Company and legal counsel on strategy |
| Jon Walters | 11/04/20 | 1.0 | Review of files |
| Jon Walters | 11/04/20 | 0.5 | Internal PJT discussion regarding strategy |
| Jon Walters | 11/05/20 | 0.5 | Discussion with management and debtor advisors on strategy |
| Jon Walters | 11/05/20 | 1.0 | Review of files |
| Jon Walters | 11/05/20 | 1.0 | Review of financial analysis |
| Jon Walters | 11/05/20 | 0.5 | Discussion with D. Simon on next steps |
| Jon Walters | 11/06/20 | 1.0 | Review of financial analysis |
| Jon Walters | 11/06/20 | 0.5 | Call with M. Ventresca, A. Ioannu, and PJT on financial analysis |
| Jon Walters | 11/06/20 | 0.5 | Discussion with S. Zelin, R. Chesley and D. Simon on strategy |
| Jon Walters | 11/06/20 | 0.5 | Discussion with J. Roselius on next steps |
| Jon Walters | 11/07/20 | 1.0 | Discussion with DLA and PJT on next steps |
| Jon Walters | 11/07/20 | 2.0 | Review of financial analysis |
| Jon Walters | 11/07/20 | 2.0 | Follow-up discussion with DLA and PJT on next steps |
| Jon Walters | 11/08/20 | 1.0 | Discussion with Management, DLA and PJT on next steps |
| Jon Walters | 11/08/20 | 1.0 | Preparation for legal matters |
| Jon Walters | 11/08/20 | 0.5 | Discussion with DLA on next steps |
| Jon Walters | 11/09/20 | 0.5 | Discussion of next steps with DLA and PJT |
| Jon Walters | 11/09/20 | 2.0 | Deposition prep call with Management and DLA |
| Jon Walters | 11/09/20 | 2.0 | Deposition prep call with Management and DLA |
| Jon Walters | 11/09/20 | 2.0 | Deposition preparation with DLA |
| Jon Walters | 11/09/20 | 0.5 | Internal call with PJT team |
| Jon Walters | 11/10/20 | 2.0 | Deposition prep call with Management and DLA |
| Jon Walters | 11/10/20 | 2.0 | Deposition prep call with Management and DLA |
| Jon Walters | 11/10/20 | 2.0 | Deposition prep call with DLA |
| Jon Walters | 11/10/20 | 0.5 | Call with creditor advisor on business plan |
| Jon Walters | 11/11/20 | 0.5 | Call with management and Debtor advisors |
| Jon Walters | 11/11/20 | 2.0 | Review of financial materials |
| Jon Walters | 11/11/20 | 1.5 | Litigation prep call with DLA |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jon Walters | 11/12/20 | 1.0 | Call with management and Debtor advisors re: strategy |
| Jon Walters | 11/12/20 | 5.0 | Mediation |
| Jon Walters | 11/13/20 | 0.5 | Call with management and Debtor advisors |
| Jon Walters | 11/13/20 | 0.5 | Call with creditor advisor on business plan |
| Jon Walters | 11/13/20 | 1.0 | Mediation |
| Jon Walters | 11/13/20 | 0.5 | Conversation with creditor advisor |
| Jon Walters | 11/13/20 | 0.5 | Conversation with M. Ventresca |
| Jon Walters | 11/13/20 | 0.5 | Conversation with creditor advisor |
| Jon Walters | 11/14/20 | 0.5 | Review proposal |
| Jon Walters | 11/14/20 | 0.5 | Call with Rick Chesley |
| Jon Walters | 11/16/20 | 0.5 | Call with Rick Chesley |
| Jon Walters | 11/16/20 | 0.5 | Reviewed UST requests and responses |
| Jon Walters | 11/17/20 | 0.5 | Reviewed UST requests and responses |
| Jon Walters | 11/17/20 | 1.0 | Call with legal counsel on strategy |
| Jon Walters | 11/18/20 | 1.0 | Review credit agreement |
| Jon Walters | 11/18/20 | 3.0 | Review declaration |
| Jon Walters | 11/18/20 | 1.0 | Call with DLA and PJT to discuss the declaration |
| Jon Walters | 11/18/20 | 0.5 | Update call with management and advisors |
| Jon Walters | 11/18/20 | 0.5 | Call with creditor advisor on financial analysis |
| Jon Walters | 11/19/20 | 1.0 | Review credit agreement |
| Jon Walters | 11/19/20 | 0.5 | Call with G. South re: declaration |
| Jon Walters | 11/19/20 | 4.0 | Review declaration |
| Jon Walters | 11/19/20 | 1.0 | Call with DLA and PJT to discuss the declaration |
| Jon Walters | 11/19/20 | 0.5 | Update call with management and advisors on strategy |
| Jon Walters | 11/20/20 | 0.5 | Call with DLA and PJT to discuss declaration |
| Jon Walters | 11/20/20 | 1.5 | Review declaration |
| Jon Walters | 11/22/20 | 0.5 | Call with management and debtor advisors |
| Jon Walters | 11/22/20 | 1.0 | Board call |
| Jon Walters | 11/23/20 | 1.5 | Calls with management and debtor advisors re: credit agreement |
| Jon Walters | 11/23/20 | 0.5 | Management and debtor advisor update call |
| Jon Walters | 11/24/20 | 0.5 | Call with management and debtor advisors re: credit agreement |
| Jon Walters | 11/24/20 | 0.5 | Management and debtor advisor update call |
| Jon Walters | 11/25/20 | 0.5 | Call with legal counsel on strategy |
| Jon Walters | 11/25/20 | 1.0 | Review financial analysis |
| Jon Walters | 11/27/20 | 0.5 | Call with management and debtor advisors re: credit agreement |
| Jon Walters | 11/28/20 | 0.5 | Update call with management and debtor advisors |
| Jon Walters | 11/29/20 | 1.5 | Call with management and debtor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jon Walters | 11/30/20 | 0.5 | Board call |
| Jon Walters | 11/30/20 | 1.0 | Confirmation hearing |
| | | **77.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 11/02/20 | 1.0 | Reviewing First Day Motions |
| Dylan Friesner | 11/02/20 | 1.0 | Call with Company on financials |
| Dylan Friesner | 11/02/20 | 1.0 | Cash Collateral Budget Updates |
| Dylan Friesner | 11/02/20 | 1.0 | Call with legal counsel on First Day Hearings |
| Dylan Friesner | 11/02/20 | 1.0 | Call with legal counsel and Administrative Agent on Credit Agreement Issues List |
| Dylan Friesner | 11/02/20 | 0.5 | Preparing retention applications |
| Dylan Friesner | 11/03/20 | 1.0 | Call with legal counsel and Administrative Agent on Credit Agreement Issues List |
| Dylan Friesner | 11/03/20 | 0.5 | Call with Company on financials |
| Dylan Friesner | 11/03/20 | 1.5 | First Day Hearings |
| Dylan Friesner | 11/03/20 | 1.0 | Cash Collateral Budget Updates |
| Dylan Friesner | 11/03/20 | 0.5 | Call with Company on First Day Hearings |
| Dylan Friesner | 11/03/20 | 1.0 | Diligence requests from FTI |
| Dylan Friesner | 11/03/20 | 1.0 | Cash Collateral Budget Updates |
| Dylan Friesner | 11/04/20 | 1.0 | Prepared variance report |
| Dylan Friesner | 11/04/20 | 1.0 | Call with Company and legal counsel on strategy |
| Dylan Friesner | 11/04/20 | 0.5 | Prepared materials for FTI |
| Dylan Friesner | 11/04/20 | 0.5 | Call on Discovery |
| Dylan Friesner | 11/05/20 | 1.0 | Call on Discovery |
| Dylan Friesner | 11/05/20 | 0.5 | Call on Discovery |
| Dylan Friesner | 11/05/20 | 4.0 | Prepared financial analyses |
| Dylan Friesner | 11/05/20 | 0.5 | Reviewing Retention Application |
| Dylan Friesner | 11/05/20 | 0.5 | Collected files for Discovery |
| Dylan Friesner | 11/06/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/06/20 | 0.5 | Call wih Company on financial analyses |
| Dylan Friesner | 11/06/20 | 0.5 | Prepared financial analyses |
| Dylan Friesner | 11/06/20 | 0.5 | Call on Discovery |
| Dylan Friesner | 11/07/20 | 1.0 | Call with legal counsel on Strategy |
| Dylan Friesner | 11/07/20 | 0.5 | Preparing litigation support |
| Dylan Friesner | 11/07/20 | 0.5 | Reviewing exit facillity credit agreements |
| Dylan Friesner | 11/07/20 | 2.0 | Call with legal counsel on depositions |
| Dylan Friesner | 11/07/20 | 0.5 | Collected files for Discovery |
| Dylan Friesner | 11/07/20 | 0.5 | Preparing litigation support |
| Dylan Friesner | 11/07/20 | 0.5 | Preparing financial analyses |
| Dylan Friesner | 11/08/20 | 1.0 | Call with legal counsel on depositions |
| Dylan Friesner | 11/08/20 | 0.5 | Preparing financial analyses |
| Dylan Friesner | 11/09/20 | 1.0 | Call with legal counsel on depositions |
| Dylan Friesner | 11/09/20 | 2.0 | Call with legal counsel on depositions |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 11/09/20 | 3.5 | Deposition prep |
| Dylan Friesner | 11/10/20 | 2.0 | Deposition prep |
| Dylan Friesner | 11/10/20 | 0.5 | Call with FTI on financial analyses |
| Dylan Friesner | 11/10/20 | 1.0 | Depositions prep |
| Dylan Friesner | 11/10/20 | 0.5 | Call with FTI on financial analyses |
| Dylan Friesner | 11/10/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/10/20 | 1.5 | Call with legal counsel on depositions |
| Dylan Friesner | 11/10/20 | 1.5 | Preparing materials for legal counsel |
| Dylan Friesner | 11/11/20 | 1.0 | Call with legal counsel on strategy |
| Dylan Friesner | 11/11/20 | 2.0 | Prepared materials for mediation |
| Dylan Friesner | 11/11/20 | 1.0 | Prepared materials for reporting package |
| Dylan Friesner | 11/12/20 | 1.0 | Call with legal counsel on strategy |
| Dylan Friesner | 11/12/20 | 0.5 | Call with legal counsel on declaration |
| Dylan Friesner | 11/12/20 | 1.0 | Prepared materials for mediation |
| Dylan Friesner | 11/13/20 | 1.0 | Prepared materials for mediation |
| Dylan Friesner | 11/13/20 | 1.0 | Call with counterparty advisers on financial analyses |
| Dylan Friesner | 11/14/20 | 0.5 | Prepared materials for legal counsel |
| Dylan Friesner | 11/16/20 | 1.0 | Preparing materials for US Trustee |
| Dylan Friesner | 11/17/20 | 1.0 | Prepared materials for legal counsel |
| Dylan Friesner | 11/17/20 | 1.0 | Call with legal counsel on strategy |
| Dylan Friesner | 11/17/20 | 1.0 | Preparing materials for US Trustee |
| Dylan Friesner | 11/17/20 | 1.0 | Call with legal counsel on strategy |
| Dylan Friesner | 11/17/20 | 0.5 | Prepared materials for FTI |
| Dylan Friesner | 11/18/20 | 1.0 | Call with legal counsel on Credit Agreement |
| Dylan Friesner | 11/18/20 | 0.5 | Call with legal counsel on PJT declaration |
| Dylan Friesner | 11/18/20 | 2.0 | Drafting and reviewing PJT declaration |
| Dylan Friesner | 11/18/20 | 0.5 | Call with FTI on financial analyses |
| Dylan Friesner | 11/18/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/18/20 | 1.0 | Prepared materials for reporting package |
| Dylan Friesner | 11/18/20 | 1.0 | Drafting and reviewing PJT declaration |
| Dylan Friesner | 11/19/20 | 7.0 | Drafting and reviewing PJT declaration |
| Dylan Friesner | 11/19/20 | 0.5 | Call with legal counsel on PJT declaration |
| Dylan Friesner | 11/19/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/21/20 | 0.5 | Internal call on strategy |
| Dylan Friesner | 11/23/20 | 0.5 | Prepared materials for FTI |
| Dylan Friesner | 11/23/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/24/20 | 0.5 | Call with legal counsel on strategy |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 11/25/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/25/20 | 1.0 | Prepared materials for reporting package |
| Dylan Friesner | 11/25/20 | 3.0 | Updating financial analyses |
| Dylan Friesner | 11/29/20 | 0.5 | Call with legal counsel on strategy |
| Dylan Friesner | 11/30/20 | 0.5 | Confirmation hearing |
| Dylan Friesner | 11/30/20 | 6.0 | Updating financial analyses |
| | | **87.0** | |

# PJT PARTNERS LP
# HOURLY DETAILS FOR THE PERIOD OF
# NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Michael Norton | 11/10/20 | 1.0 | Deposition Prep |
| Michael Norton | 11/11/20 | 1.5 | Call with legal counsel on depositions |
| Michael Norton | 11/12/20 | 1.0 | Mediation Prep |
| | | **3.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 11/02/20 | 1.0 | Call with legal counsel on First Day Hearings |
| Lukas Schwarzmann | 11/02/20 | 1.0 | Prepared 13 Weeker |
| Lukas Schwarzmann | 11/03/20 | 1.0 | First Day Hearing |
| Lukas Schwarzmann | 11/03/20 | 0.5 | Call with legal counsel on First Day Hearings |
| Lukas Schwarzmann | 11/03/20 | 2.0 | Prepared 13 Weeker: Variance and Budget Updates |
| Lukas Schwarzmann | 11/04/20 | 2.5 | Financial Analysis |
| Lukas Schwarzmann | 11/04/20 | 0.8 | Working Group Call |
| Lukas Schwarzmann | 11/04/20 | 1.0 | Document Request Call |
| Lukas Schwarzmann | 11/04/20 | 0.5 | Debrief |
| Lukas Schwarzmann | 11/05/20 | 5.0 | Business Plan Presentation |
| Lukas Schwarzmann | 11/05/20 | 1.0 | Document Request Call |
| Lukas Schwarzmann | 11/06/20 | 0.5 | Business Plan Call |
| Lukas Schwarzmann | 11/06/20 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 11/07/20 | 1.0 | DLA / PJT Strategy Call |
| Lukas Schwarzmann | 11/07/20 | 1.0 | Call with Lawyers regarding financial analysis |
| Lukas Schwarzmann | 11/08/20 | 2.0 | Prepared 13 Weeker |
| Lukas Schwarzmann | 11/08/20 | 2.0 | Credit Agreement Review |
| Lukas Schwarzmann | 11/08/20 | 1.0 | Prep Session |
| Lukas Schwarzmann | 11/09/20 | 2.0 | Depo Prep Call |
| Lukas Schwarzmann | 11/09/20 | 3.0 | Depo Prep Deck |
| Lukas Schwarzmann | 11/09/20 | 0.5 | Prepared 13 Weeker: Variance and Budget Updates |
| Lukas Schwarzmann | 11/10/20 | 0.5 | Call with legal counsel on strategy |
| Lukas Schwarzmann | 11/10/20 | 4.0 | Depo Prep Deck |
| Lukas Schwarzmann | 11/10/20 | 0.3 | FTI Business Plan Call |
| Lukas Schwarzmann | 11/10/20 | 1.0 | Call with M&A regarding Business Plan |
| Lukas Schwarzmann | 11/11/20 | 0.5 | Financial Analysis |
| Lukas Schwarzmann | 11/11/20 | 1.0 | Covenant One Pager |
| Lukas Schwarzmann | 11/11/20 | 0.5 | Call with legal counsel on strategy |
| Lukas Schwarzmann | 11/11/20 | 1.0 | Mediation Prep Deck |
| Lukas Schwarzmann | 11/11/20 | 0.5 | Mediation Prep |
| Lukas Schwarzmann | 11/11/20 | 0.5 | DLA / PJT Call |
| Lukas Schwarzmann | 11/12/20 | 1.0 | Mediation Prep |
| Lukas Schwarzmann | 11/12/20 | 4.0 | Mediation Prep Deck |
| Lukas Schwarzmann | 11/13/20 | 0.5 | Business Plan Call |
| Lukas Schwarzmann | 11/13/20 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 11/14/20 | 2.0 | Covenant Summary |
| Lukas Schwarzmann | 11/15/20 | 1.5 | Covenant Adjustment Summary |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 11/16/20 | 1.5 | UST Response |
| Lukas Schwarzmann | 11/16/20 | 1.5 | Budget Projection Process |
| Lukas Schwarzmann | 11/17/20 | 0.5 | Update call with legal counsel |
| Lukas Schwarzmann | 11/17/20 | 0.5 | Update call with legal counsel |
| Lukas Schwarzmann | 11/17/20 | 0.5 | 13 Weeker: Variance and Budget Updates |
| Lukas Schwarzmann | 11/18/20 | 2.0 | Review of Credit Agreement |
| Lukas Schwarzmann | 11/18/20 | 1.0 | Mediation Term Sheet Review |
| Lukas Schwarzmann | 11/18/20 | 0.5 | Credit Agreement Call |
| Lukas Schwarzmann | 11/18/20 | 0.5 | Call re Confirmation |
| Lukas Schwarzmann | 11/18/20 | 0.5 | Business Plan Call |
| Lukas Schwarzmann | 11/18/20 | 0.5 | Update call with legal counsel |
| Lukas Schwarzmann | 11/18/20 | 4.0 | Review / Editing of Declaration in Support of Confirmation |
| Lukas Schwarzmann | 11/18/20 | 0.5 | Revising Variance Report |
| Lukas Schwarzmann | 11/18/20 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 11/19/20 | 0.5 | Catch Up Call |
| Lukas Schwarzmann | 11/19/20 | 2.0 | Editing Credit Agreement |
| Lukas Schwarzmann | 11/19/20 | 3.0 | Confirmation Brief Editing |
| Lukas Schwarzmann | 11/19/20 | 1.0 | Declaration Discussion |
| Lukas Schwarzmann | 11/19/20 | 0.5 | Update Call with Lawyers |
| Lukas Schwarzmann | 11/20/20 | 2.0 | Confirmation Brief Editing |
| Lukas Schwarzmann | 11/20/20 | 1.0 | 13 Weeker Questions |
| Lukas Schwarzmann | 11/20/20 | 1.0 | Declaration Discussion |
| Lukas Schwarzmann | 11/20/20 | 0.5 | Update Call with Lawyers |
| Lukas Schwarzmann | 11/21/20 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 11/22/20 | 1.5 | Credit Agreement Review |
| Lukas Schwarzmann | 11/23/20 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 11/23/20 | 1.5 | Prepared 13 Weeker |
| Lukas Schwarzmann | 11/23/20 | 0.5 | Update Call with Lawyers |
| Lukas Schwarzmann | 11/24/20 | 1.0 | Credit Agreement Review |
| Lukas Schwarzmann | 11/24/20 | 0.5 | Prepared 13 Weeker |
| Lukas Schwarzmann | 11/25/20 | 3.0 | Restructuring Term Sheet Editing |
| Lukas Schwarzmann | 11/25/20 | 0.5 | Next Steps Call with Lawyers |
| Lukas Schwarzmann | 11/25/20 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 11/27/20 | 0.5 | Call with legal counsel on strategy |
| Lukas Schwarzmann | 11/28/20 | 1.0 | Board Confirmation Preparation |
| Lukas Schwarzmann | 11/30/20 | 2.0 | Prepared 13 Weeker |
| Lukas Schwarzmann | 11/30/20 | 2.0 | Confirmation Hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 11/30/20 | 3.0 | Covenant Analysis |
| Lukas Schwarzmann | 11/30/20 | 3.0 | Financial Analysis |
| | | **105.5** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Steve Zelin | Partner | 3.0 |
| Jon Walters | Vice President | 13.5 |
| Dylan Friesner | Associate | 51.5 |
| Lukas Schwarzmann | Analyst | 52.0 |
| | Total | **120.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 10, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Steve Zelin | 12/03/20 | 0.5 | Update call with counsel and management |
| Steve Zelin | 12/04/20 | 0.5 | Update call with counsel and management |
| Steve Zelin | 12/08/20 | 1.0 | Board call |
| Steve Zelin | 12/09/20 | 1.0 | Board call |
| | | **3.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 10, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jon Walters | 12/01/20 | 0.5 | Review cash collateral budget |
| Jon Walters | 12/01/20 | 0.5 | Internal discussion with D. Friesner and L. Schwarzman on financial analysis |
| Jon Walters | 12/01/20 | 1.5 | Review financial analysis |
| Jon Walters | 12/02/20 | 0.5 | Review cash collateral budget |
| Jon Walters | 12/02/20 | 0.5 | Review various correspondence |
| Jon Walters | 12/03/20 | 0.5 | Review financial analysis |
| Jon Walters | 12/04/20 | 0.5 | Update call with counsel and management |
| Jon Walters | 12/07/20 | 0.5 | Review closing documents |
| Jon Walters | 12/07/20 | 0.5 | Review of funds flow |
| Jon Walters | 12/08/20 | 1.0 | Review credit agreement |
| Jon Walters | 12/08/20 | 1.0 | Review closing documents |
| Jon Walters | 12/08/20 | 0.5 | Board call |
| Jon Walters | 12/09/20 | 1.0 | Review credit agreement |
| Jon Walters | 12/09/20 | 0.5 | Update call with management and debtor advisors |
| Jon Walters | 12/09/20 | 0.5 | Update call with management and debtor advisors |
| Jon Walters | 12/09/20 | 0.5 | Call with creditor advisor |
| Jon Walters | 12/09/20 | 0.5 | Update call with management and debtor advisors |
| Jon Walters | 12/09/20 | 0.5 | Call with advisor to a creditor |
| Jon Walters | 12/09/20 | 1.0 | Board call |
| Jon Walters | 12/10/20 | 0.5 | Review funds flow |
| Jon Walters | 12/10/20 | 0.5 | Review credit agreement |
|  |  | **13.5** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 10, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Dylan Friesner | 12/01/20 | 4.0 | Updating financial analyses |
| Dylan Friesner | 12/01/20 | 0.5 | Internal call on strategy |
| Dylan Friesner | 12/01/20 | 2.0 | Prepared materials for reporting package |
| Dylan Friesner | 12/01/20 | 0.5 | Prepared materials for emergence |
| Dylan Friesner | 12/02/20 | 2.0 | Prepared materials for reporting package |
| Dylan Friesner | 12/02/20 | 4.0 | Updating financial analyses |
| Dylan Friesner | 12/03/20 | 1.0 | Prepared materials for reporting package |
| Dylan Friesner | 12/03/20 | 1.0 | Prepared materials for FTI |
| Dylan Friesner | 12/03/20 | 3.0 | Updating financial analyses |
| Dylan Friesner | 12/04/20 | 1.0 | Preparing financial analysis |
| Dylan Friesner | 12/04/20 | 1.0 | Preparing Funds Flow |
| Dylan Friesner | 12/05/20 | 1.0 | Preparing Funds Flow |
| Dylan Friesner | 12/06/20 | 2.0 | Cash Collateral Budget Updates |
| Dylan Friesner | 12/07/20 | 2.0 | Prepared materials for FTI |
| Dylan Friesner | 12/07/20 | 1.0 | Preparing Funds Flow |
| Dylan Friesner | 12/07/20 | 1.0 | Preparing financial analysis |
| Dylan Friesner | 12/08/20 | 4.0 | Updating financial analyses |
| Dylan Friesner | 12/08/20 | 2.0 | Preparing Funds Flow |
| Dylan Friesner | 12/08/20 | 1.0 | Call with legal counsel on strategy |
| Dylan Friesner | 12/08/20 | 4.0 | Prepared deal summary for client |
| Dylan Friesner | 12/09/20 | 5.0 | Updating financial analyses |
| Dylan Friesner | 12/09/20 | 3.0 | Credit Agreement Analysis |
| Dylan Friesner | 12/09/20 | 1.5 | Prepared materials for reporting package |
| Dylan Friesner | 12/09/20 | 2.0 | Call with legal counsel on strategy |
| Dylan Friesner | 12/10/20 | 0.5 | Prepared materials for reporting package |
| Dylan Friesner | 12/10/20 | 1.0 | Reviewed closing materials |
| Dylan Friesner | 12/10/20 | 0.5 | Call with FTI on financial analyses |
| | | **51.5** | |

# PJT PARTNERS LP
# HOURLY DETAILS FOR THE PERIOD OF
# DECEMBER 1, 2020 THROUGH DECEMBER 10, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 12/01/20 | 3.0 | Covenant Analysis |
| Lukas Schwarzmann | 12/01/20 | 0.5 | Call regarding Covenants |
| Lukas Schwarzmann | 12/01/20 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 12/01/20 | 1.0 | Prepared 13 Weeker |
| Lukas Schwarzmann | 12/02/20 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 12/02/20 | 2.0 | Cash Collateral Budget |
| Lukas Schwarzmann | 12/02/20 | 0.5 | Call regarding Covenants |
| Lukas Schwarzmann | 12/02/20 | 0.5 | Update Call with Lawyers |
| Lukas Schwarzmann | 12/03/20 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 12/03/20 | 1.0 | Cash Collateral Budget / Variance Report |
| Lukas Schwarzmann | 12/03/20 | 0.5 | Revised 13 Weeker |
| Lukas Schwarzmann | 12/04/20 | 2.5 | Financial Analysis |
| Lukas Schwarzmann | 12/04/20 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 12/04/20 | 4.0 | Prepared Funds Flow |
| Lukas Schwarzmann | 12/05/20 | 2.0 | Prepared Funds Flow |
| Lukas Schwarzmann | 12/05/20 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 12/06/20 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 12/07/20 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 12/07/20 | 3.0 | Prepared Funds Flow |
| Lukas Schwarzmann | 12/07/20 | 0.5 | Update Call with Lawyers |
| Lukas Schwarzmann | 12/08/20 | 2.0 | Prepared Funds Flow |
| Lukas Schwarzmann | 12/08/20 | 3.0 | Summary on Credit Facilities |
| Lukas Schwarzmann | 12/08/20 | 3.0 | Covenants from Mediation |
| Lukas Schwarzmann | 12/08/20 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 12/09/20 | 2.0 | Prepared 13 Weeker |
| Lukas Schwarzmann | 12/09/20 | 1.0 | Call with legal counsel on strategy |
| Lukas Schwarzmann | 12/09/20 | 1.0 | Covenants Call |
| | | **52.0** | |